# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00587-CR

**The State of Texas, Appellant**

**v.**

**Jeffrey Whiteside, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
### NO. C-1-CR-10-218398, HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant The State of Texas has filed a motion to dismiss by withdrawing its notice of appeal. The State's motion to withdraw notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: August 29, 2013

Do Not Publish